# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 2 9 2022

JAMIE GIANI, Clerk

By _____

Deputy Clerk

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

UPS Parcel With Tracking Number
1ZA9830W4424094639

)
)
)
)
)

Case No.  5:22 CM 68

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the ____Western____ District of ____Arkansas____ , there is now concealed *(identify the person or describe the property to be seized)*:

Controlled substances, proceeds or currency related to the sale or distribution of controlled substances, packaging materials associated with the transportation of controlled substances via the United States Mail, and correspondence and other paraphernalia associated with the use or distribution of controlled substances, as set forth in Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1) and 846 | Conspiracy to possess with intent to distribute a controlled substance; Possession with intent to distribute a controlled substance. |

The application is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

DEA SA Michael Brooks

*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 29, 2022 @ 11:07am

*Judge's signature*

City and state:  Fayetteville, AR

Hon. Christy Comstock, United States Magistrate Judge

*Printed name and title*

## ATTACHMENT A

| | |
|---|---|
| UPS Tracking No.: | 1ZA9830W4424094639 |
| Sender: | Miguel Cardenas<br>(323) 730-0102<br>The UPS Store #6489<br>5924 Pacific Blvd.,<br>Huntington Park, CA 90255-2929 |
| Addressee: | Miguel Cardenas<br>12935 Huber Rd.,<br>Bentonville, AR 72713-9279 |
| Date mailed: | November 25, 2022 |
| Class of mail: | UPS Next Day Air |
| Weight: | 22 lbs. |





## ATTACHMENT B

### Items to be Searched for and Seized

1. Controlled Substances.

2. Packaging, baggies, blister packs, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, and/or other substances with a strong odor.

3. Any and all records reflecting the sending and receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, and/or other common carriers.

4. United States and foreign currency, securities, precious metals, jewelry, gift cards, stored value cards, stocks, and bonds, that are proceeds, evidence or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

5. Any and all records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substance, including books, receipts, notes, ledgers, pay owe sheets, correspondence, records noting price, quantity, date and times when controlled substances were purchased, possessed, transferred, distributed, sold, and/or concealed.

6. Any and all records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities and the identities of conspirators in controlled substance trafficking activities, all of which are evidence, fruits, and/or instrumentalities of violations of Title 21, United States Code, Sections 841 (a), and 846.

IN THE UNITED STATES DISTRICT COURT
Western District of Arkansas

| IN THE MATTER OF THE SEARCH OF UPS Parcel With Tracking Number 1ZA9830W4424094639 | Case No. _____ **Filed Under Seal** |
| --- | --- |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Michael Brooks, being first duly sworn, hereby depose and state as follows:

### PURPOSE OF AFFIDAVIT

1.      I make this affidavit in support of an application for a search warrant under

Federal Rule of Criminal Procedure 41 and 18 U.S.C. §§ 2703(c) (1) (A) for the parcel described

as follows (hereinafter "Suspect Parcel #2"):

Suspect Parcel #2

| | |
| --- | --- |
| UPS Tracking No.: | 1ZA9830W4424094639 |
| Sender: | Miguel Cardenas (323) 730-0102 The UPS Store #6489 5924 Pacific Blvd., Huntington Park, CA 90255-2929 |
| Addressee: | Miguel Cardenas 12935 Huber Rd., Bentonville, AR 72713-9279 |
| Date mailed: | November 25, 2022 |
| Class of mail: | UPS Next Day Air |
| Weight: | 22 lbs. |
| Shipping Cost: | $476 |

1



2.     Part of your affiant's responsibilities as an investigator for the DEA, is the investigation of controlled substances transported across the United States through different means of transportation, which constitutes a violation of Title 21, United States Code, Section 841(a)(1) and 846. This affidavit is based upon your affiant's personal investigation and upon information received from other law enforcement officers and agents who are identified herein; and is made in support of an application for a search warrant for the aforementioned suspect parcel.

3.     For the reasons set forth below, your affiant has probable cause to believe that illegal drugs, pharmaceutical medications, and/or United States currency related to the sale or distribution of controlled substances will be found inside the aforementioned suspect parcel. Since this affidavit is for the limited purpose of establishing probable cause to support a search warrant, it contains only a summary of facts necessary to establish probable cause. Your affiant

2

has not included each and every fact known to your affiant concerning the entities, individuals, and the events described in this affidavit.

4.     The grounds for issuance of the search warrant are derived from your affiant's review of the physical evidence, discussions with participating agencies, and interviews of persons who have personal knowledge of the events described herein.

## INTRODUCTION AND AGENT BACKGROUND

5.     Your affiant is a Special Agent with the United States Department of Justice, Drug Enforcement Administration ("DEA") and has been employed with the DEA since June 2019. Your affiant is a criminal investigator for the United States within the meaning of Title 21, United States Code, Section 878, and therefore your affiant is empowered to conduct investigations of, and make arrests for, the offenses enumerated in Title 21. Accordingly, your affiant is a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a seizure warrant.

6.     Your affiant began his career as a Special Agent with the DEA in October of 2019. Your affiant received sixteen weeks of training at the DEA Academy in Quantico, Virginia, where your affiant learned to identify various types of controlled substances by sight and odor; the way in which controlled substances are packaged, marketed, and consumed; drug testing; informant handling; evidence handling; search and seizure law; law involving conspiracy; and surveillance and investigation techniques.

7.     Prior to your affiant's employment with the DEA, your affiant was employed by the North Little Rock, Arkansas, Police Department since 2007. During your affiant's employment with the North Little Rock Police Department, your affiant was assigned to the

3

DEA Little Rock District Office as a Task Force Officer (TFO) from June 2014 until June 2019. Prior to your affiant's assignment as a DEA TFO, your affiant was assigned to the North Little Rock Police Department's Narcotics Unit from December 2009 until June 2014. Your affiant has been involved in numerous aspects of drug investigations, including, but not limited to, conducting controlled purchases of narcotics; utilizing confidential sources; debriefing defendants, witnesses, and informants; conducting surveillance and undercover operations; preparing and executing search warrants; analyzing documentary and physical evidence, analyzing phone toll records; and conducting wiretap investigations.

8.      In the course of your affiant's career, your affiant has been the affiant of, and/or participated in, numerous search warrants involving the law enforcement seizure of controlled substances, documents associated with the sale of controlled substances and proceeds from the sale of illicit drugs.

9.      Your affiant has personally conducted and/or assisted in over 200 investigations of criminal violations involving violations of the Federal Controlled Substances Act (Title 21, U.S.C).

## **PROBABLE CAUSE**

10.     The United States, including the DEA, is conducting a criminal investigation of Juan Valentine ZAVALA-Cortez, Jose Manuel MENDEZ, Humberto Esparza FLORES, Alejandro Ramirez GUZMAN, Antonio Solis CASTELLON, and others. ZAVALA-Cortez has been identified as this Drug Trafficking Organization's (DTO) primary source of supply, who is based in Mexico. ZAVALA-Cortez coordinates drug shipments from California to Arkansas, as well as, distribution activity in Arkansas. ZAVALA-Cortez's drug distributors are known to sell methamphetamine, heroin, fentanyl powder, "fake" fentanyl pills, cocaine, and marijuana.

4

11.     Since July 2021, your Affiant and other assisting law enforcement have

conducted fourteen (14) controlled purchases of illegal drugs from members of the ZAVALA-

Cortez DTO.  These controlled purchases were conducted using Confidential Sources (CS).

These controlled purchases are summarized below (packaged gross grams):

> a.  7/27/2021 – 59.5 grams of heroin;
>
> b.  8/2/2021 – 49.5 grams of black-tar heroin;
>
> c.  8/13/2021 – 47.7 grams of black-tar heroin;
>
> d.  8/13/2021 – 48.2 grams of methamphetamine;
>
> e.  8/13/2021 – 41.6 grams of heroin;
>
> f.  8/27/2021 – 50 dosage units of fake Oxycontin pills;
>
> g.  8/27/2021 – 146.6 grams of methamphetamine;
>
> h.  8/27/2021 – 54.9 grams of heroin;
>
> i.  9/16/2021 – 47.7 grams of heroin;
>
> j.  1/27/2022 – 36.1 grams of fentanyl;
>
> k.  4/14/2022 – 58.4 grams of black-tar heroin;
>
> l.  6/22/2022 – 57.2 grams of black-tar heroin;
>
> m.  6/24/2022 – 56 grams of black-tar heroin;
>
> n.  10/28/2022 – 300 "fake" fentanyl pills;
>
> o.  11/3/2022 – 114.2 grams of "fake" fentanyl pills; and
>
> p.  11/22/2022 – 88.3 grams of "fake" fentanyl pills.

12.     MENDEZ has been identified as a primary drug distributor for this DTO;

distributing "fake" fentanyl pills in violation of Title 21 U.S.C. 841 (a)(1).  MENDEZ has also

been identified as a money launder of drug proceeds through a restaurant he owns in Springdale,

AR, named La Estrella Supermercado 3, in violation of Title 18 U.S.C. 1956. MENDEZ is also known to co-operate a stash-house used by this DTO to store bulk-amounts of illegal drugs. MENDEZ is known to your Affiant to drive a silver colored Nissan Armada, a red colored Hyundai Sonata, and a dark colored SUV (possibly a Mercedes with paper tags).

13. FLORES has been identified as a primary distributor for this DTO, distributing methamphetamine, heroin, and fentanyl in violation of Title 21 U.S.C. 841 (a)(1). FLORES is also known to co-operate a stash-house used by this DTO to store bulk-amounts of illegal drugs.

14. GUZMAN has been identified as the newest Arkansas-based distributor for this DTO. Agents have not yet conducted any controlled purchases directly from GUZMAN. GUZMAN is known to frequent the stash-house utilized by this DTO to store bulk-amounts of illegal drugs. GUZMAN is known to your Affiant to drive a blue colored Kia Forte.

15. The stash-house co-operated by MENDEZ and FLORES is located at 12935 Huber Road, Bentonville, AR.

### IDENTIFICATION OF 12935 HUBER ROAD, BENTONVILLE, AR

16. On April 14, 2022, DEA agents and other assisting law enforcement agencies conduced a controlled purchase of 58.4 grams of a substance represented by ZAVALA-Cortez as being "black-tar" heroin. During this controlled purchase, FLORES met with the CS and delivered the CS this controlled substance. After this controlled purchase was completed, agents and officers conducted surveillance of FLORES. During this surveillance, agents and officers observed FLORES moving duffle bags and/or luggage out of his known apartment located in Springdale, AR. FLORES loaded these bags into his vehicle and departed the area. FLORES was then followed to a trailer-style residence located at 12935 Huber Road, Bentonville, AR. FLORES was then observed taking items from his vehicle into this residence.

### USPS PARCEL ACTIVITY AT 12935 HUBER ROAD, BENTONVILLE, AR

17. In May 2022, your Affiant contacted United States Postal Inspections Service (USPIS) Inspector Kasey Hanson and requested a historical check for all USPS parcels mailed to 12935 Huber Road, Bentonville, AR in the past.

18. On May 12, 2022, Inspector Hanson informed your Affiant that 12935 Huber Road, Bentonville, AR had received three (3) USPS parcels since February 2022. Inspector Hanson stated each of these parcels were mailed from California. Your Affiant requested that a USPS "watch" be initiated for any future parcels destined for 12935 Huber Road, Bentonville, AR.

19. On May 15, 2022, Inspector Hanson contacted your Affiant and informed him that Inspector Hanson had located a USPS Priority Mail parcel mailed from California to 12935 Huber Road, Bentonville, AR.

20. On May 17, 2022, University of Arkansas Police Department (UAPD) K-9 Officer Ryan Barber and his police canine conducted controlled sweeps of this parcel at the DEA Fayetteville Resident Office (FRO). Officer Barber's K-9 partner alerted to the presence of illegal drugs coming from this parcel.

21. On May 17, 2022, the Honorable Christy Comstock, Unites States Magistrate Judge, for the Western District of Arkansas (WDAR), authorized a search and seizure warrant for this parcel (Case No.: 5:22-CM-00020-CDC).

22. On May 18, 2022, Inspector Hanson executed the search warrant on this parcel, and located approximately 1404 grams (gross) of "fake" fentanyl pills concealed within this parcel.

## UPS PARCEL ACTIVITY AT 12935 HUBER ROAD, BENTONVILLE, AR

23.     After the above-described seizure of "fake" fentanyl pills from a USPS parcel addressed to 12935 Huber Road, Bentonville, AR, in May 2022, your Affiant requested the USPS parcel "watch" remain in effect. After several weeks, your Affiant did not receive any alerts of USPS parcels addressed to this residence.

24.     On August 24, 2022, your Affiant served an administrative subpoena to the United Parcel Service (UPS) requesting for historical records for all UPS parcels mailed to 12935 Huber Road, Bentonville, AR in the past.

25.     On August 31, 2022, your Affiant received subpoena results from UPS. The results revealed three (3) parcels were delivered to 12935 Huber Road between May 27, 2022, and August 22, 2022. All of these parcels were mailed from the same UPS store located at 5924 Pacific Boulevard, Huntington Park, CA (UPS store #6489). (*Affiant's NOTE: The UPS store address in Huntington Park, CA, is the same address Suspect Parcel #2 was mailed from*).

26.     Your Affiant requested that a UPS "watch" be initiated for any future parcels destined for 12935 Huber Road, Bentonville, AR.

27.     On October 13, 2022, your Affiant became aware of a UPS parcel that was delivered to 12935 Huber Road, Bentonville, AR, on September 28, 2022. The "watch" previously initiated failed to notify your Affiant of this parcel prior to its delivery. Your affiant immediately served an administrative subpoena to the UPS requesting information on the parcel delivered to 12935 Huber Road, Bentonville, AR on September 28, 2022.

28.     On October 20, 2022, your Affiant received subpoena results from UPS. The results confirmed that a UPS parcel was delivered to 12935 Huber Road on September 28, 2022. Results also revealed this parcel was mailed from the same UPS store located at 5924 Pacific

8

Boulevard, Huntington Park, CA (UPS store #6489) as the previous UPS parcels. (*Affiant's NOTE: The UPS store address in Huntington Park, CA, is the same address Suspect Parcel #2 was mailed from*).

## CONTROLLED PURCHASE OF 300 FENTANYL PILLS FROM MENDEZ – OCTOBER 28, 2022

29.     On October 27, 2022, a plan was formulated to conduct a controlled purchase of 300 "fake" fentanyl pills (pressed to resemble Oxycontin 30mg pills) from MENDEZ, using a Confidential Source (CS).

30.     On October 27, 2022, agents met with the CS at a predetermined meet location. At approximately 3:06 p.m., the CS placed a recorded controlled call to MENDEZ, at cellular telephone number 479-316-5631. This phone call was witnessed by DEA Fayetteville Resident Office (FRO) agents. During this call, the CS informed MENDEZ, he/she wished to purchase 300 fentanyl pills. MENDEZ informed the CS he would sell the pills to the CS for $6 per pill. MENDEZ and the CS agreed on $1,800 for 300 fentanyl pills. The CS informed MENDEZ, he/she would call MENDEZ back once the CS acquired the money. This phone call ended shortly after.

31.     On October 28, 2022, at approximately 11:52 a.m., the CS placed a recorded controlled call to MENDEZ, at cellular telephone number 479-316-5631. This phone call was witnessed by DEA FRO agents. During this call, the CS informed MENDEZ, he/she was ready to make the purchase of fentanyl pills. MENDEZ explained he was close to XNA airport (Northwest Arkansas National Airport – Highfill, Arkansas). MENDEZ told the CS that he would send the CS the address to meet him at. This phone call ended shortly after.

32.     On October 28, 2022, at approximately 12:01 p.m., the CS showed DEA FRO agents an SMS text-message he/she received from MENDEZ at cellular telephone number 479-

9

316-5631, which read: 7400 Southwest Old Farm Blvd Bentonville, AR 72713" (known to your Affiant as being the Wingate by Wyndham hotel), "If you don't feel comfortable let me know". The CS and agents knew this to be the address the controlled purchase would occur at.

33. The CS and his/her vehicle were searched for contraband and U.S. currency with negative results. The CS was then provided with $1,800 of Official Buy Funds to conduct this purchase with. The CS was also provided an audio/video recording device used to capture this controlled purchase with. A short time later, the CS departed for the meet location, while under direct surveillance of law enforcement.

34. On October 28, 2022, at approximately 12:21 p.m., TFO Charles Robbins observed MENDEZ driving a silver Nissan Armada (bearing Arkansas license plate LOALVY), as MENDEZ arrived to the stash-house located at 12935 Huber Road, Bentonville, AR.

35. On October 28, 2022, at approximately 12:34 p.m., the CS placed a recorded phone call to MENDEZ, at cellular telephone number 479-316-5631. During the call, MENDEZ asked how long until the CS arrived at the meet location. The CS stated he/she was approximately 20 minutes away. MENDEZ acknowledged and this phone call ended shortly after.

36. On October 28, 2022, at approximately 12:58 p.m., the CS arrived at the meet location, parked his/her vehicle, and waited for MENDEZ to arrive.

37. On October 28, 2022, at approximately 1:02 p.m., TFO Charles Robbins observed MENDEZ depart the stash-house, driving the silver Nissan Armada, and heading in the direction of the meet location.

38. On October 28, 2022, at approximately 1:04 p.m., SA Ryan Broomfield observed MENDEZ arrive to the meet spot driving the silver Nissan Armada. MENDEZ parked the silver

10

Nissan Armada near the CS's vehicle. Immediately after, the CS exited his/her vehicle and entered into MENDEZ's silver Nissan Armada. While inside the vehicle, the CS stated he/she handed MENDEZ the $1,800 of Official Buy Funds, in exchange for 300 fentanyl pills. MENDEZ was overheard on the recording device informing the CS that "his Boss" stated MENDEZ could drop the price if the CS purchased at least 500 fentanyl pills at a time.

39.     On October 28, 2022, at approximately 1:07 p.m., SA Ryan Broomfield observed the CS exit MENDEZ's vehicle and return to his/her vehicle. Both the CS and MENDEZ departed the area in their own vehicles. The CS was followed to a pre-determined meet location, where the CS handed agents the 300 blue colored fentanyl pills. The CS and his/her vehicle were again searched for contraband and U.S. currency with negative results. The CS confirmed he/she purchased the 300 blue fentanyl pills from MENDEZ during this transaction.

40.     As MENDEZ departed, agents followed MENDEZ back to his residence located at 1389 W. Centerton Blvd., Centerton, AR. SA Ryan Broomfield observed MENDEZ's silver Nissan Armada parked in front of building number 5.

41.     Your Affiant reviewed the video file captured during this incident and confirmed the driver of the silver Nissan Armada (bearing Arkansas license plate LOALVY), as MENDEZ.

42.     The purchased fentanyl pills were not field-tested due to safety issues with handling fentanyl-related drugs. These pills were consistent in color, shape, and weight of fentanyl pills previously purchased by agents which were later analyzed as being fentanyl.

## CONTROLLE PURCHASE OF 114.2 GRAMS OF FENTANYL PILLS FROM MENDEZ – NOVEMBER 3, 2022

43.     On November 2, 2022, a plan was formulated to conduct a controlled purchase of "fake" fentanyl pills (pressed to resemble Oxycontin 30mg pills) from MENDEZ, using a CS. On November 2, 2022, the CS sent MENDEZ, at cellular telephone number 479-316-5631, an

11

SMS text message stating the CS wished to purchase 500 fentanyl pills on November 3, 2022. MENDEZ replied to the CS stating he agreed to meet with the CS on the following day.

44. On November 3, 2022, at approximately 3:04 p.m., the CS received a text message from MENDEZ, asking the CS if he/she still wished to purchase the fentanyl pills on this date. The CS responded by asking MENDEZ to send him/her the address for the meet location. MENDEZ replied by sending the CS the following text message: "7400 Southwest Old Farm Blvd Bentonville, AR 72713".

45. On November 3, 2022, at approximately 3:57 p.m., your Affiant observed MENDEZ's silver colored Nissan Armada (bearing Arkansas license plate LOALVY) parked at the stash-house (12935 Huber Road, Bentonville, AR).

46. On November 3, 2022, agents me with the CS at a predetermined meet location. At approximately 4:11 p.m., the CS placed a recorded controlled call to MENDEZ, at cellular telephone number 479-316-5631. This phone call was witnessed by DEA Fayetteville Resident Office (FRO) agents. During this call, the CS informed MENDEZ he/she was en route to the meet location. MENDEZ acknowledged. This phone call ended shortly after.

47. The CS and his/her vehicle were searched for contraband and U.S. currency with negative results. The CS was then provided with $3,000 of Official Buy Funds to conduct this purchase with. The CS was also provided an audio/video recording device used to capture this controlled purchase with. A short time later, the CS departed for the meet location, while under direct surveillance of law enforcement.

48. On November 3, 2022, at approximately 4:49 p.m., your Affiant observed MENDEZ enter into his silver Nissan Armada, and depart the stash-house location. MENDEZ was followed from the stash-house, directly to the meet location.

12

49.     On November 3, 2022, at approximately 4:55 p.m., the CS arrived at 7400 Southwest Old Farm Blvd., Bentonville, AR. The CS parked his/her vehicle in a parking space within the hotel's parking lot. The CS remained inside his/her vehicle under direct surveillance of law enforcement.

50.     On November 3, 2022, at approximately 4:57 p.m., agents observed MENDEZ arrive to 7400 Southwest Old Farm Blvd., Bentonville, AR. Agents observed MENDEZ park his vehicle near the CS's vehicle.

51.     On November 3, 2022, at approximately 4:58 p.m., the CS exited his/her vehicle, walked to and entered into the front passenger seat of MENDEZ's vehicle. While the CS was inside of MENDEZ's vehicle, agents monitored the audio/video recording device. Agents could hear MENDEZ explaining to the CS that he could drop the price if the CS purchased more fentanyl pills. MENDEZ also explained that he could sell the CS fentanyl powder if the CS was interested. MENDEZ explained to the CS there are a lot of customers who have moved from the fentanyl pills to fentanyl powder. MENDEZ and the CS began talking about illegal drugs when MENDEZ stated, "I literally like have it…like…they have it like right down the street, not too far from here, and they prep everything. His employees come in, they prep it…since." MENDEZ stated he does not prep or do any of that but only receives a little bit of money for selling drugs. MENDEZ began explaining to the CS that he is, "completely off radar" and that no one suspects him. MENDEZ explained that he is completely clear and that law enforcement never searches him when they stop him. The conversation continued with MENDEZ and the CS regarding prices on future purchases of illegal drugs. MENDEZ then stated to the CS as he pointed to the illegal drugs the CS just purchased, "There is about 20,000 of those fuckers here."

13

The CS asked if MENDEZ was talking about the pills. MENDEZ acknowledged, and said they had whatever drug the CS needed to purchase. This meeting ended shortly after.

52.    On November 3, 2022, at approximately 4:59 p.m., the CS exited MENDEZ's vehicle, entered back into his/her vehicle, then departed the area under direct surveillance of law enforcement.

53.    On November 3, 2022, at approximately 4:59 p.m., agents observed MENDEZ depart the meet location driving the silver Nissan Armada. Agents followed MENDEZ directly back to the stash-house, arriving there at approximately 5:10 p.m.

54.    The CS was followed to a pre-determined meet location, where the CS handed agents 114.2 grams (gross) of blue colored fentanyl pills. The CS and his/her vehicle were again searched for contraband and U.S. currency with negative results. The CS confirmed he/she purchased the blue fentanyl pills from MENDEZ during this transaction. The CS confirmed what agents heard MENDEZ speak about during this transaction.

55.    The purchased fentanyl pills were not field-tested due to safety issues with handling fentanyl-related drugs. These pills were consistent in color, shape, and weight of fentanyl pills previously purchased by agents which were later analyzed as being fentanyl.

## CONTROLLED PURCHASE OF 88.3 GRAMS OF FENTANYL PILLS FROM MENDEZ – NOVEMBER 22, 2022

56.    On November 21, 2022, a plan was formulated to conduct a controlled purchase of "fake" fentanyl pills (pressed to resemble Oxycontin 30mg pills) from MENDEZ, using a CS.

57.    On November 22, 2022, the CS exchanged a series of SMS text messages with MENDEZ, at cellular telephone number 479-316-5631. During these texts, the CS informed MENDEZ he/she was wanting to purchase a quantity of fentanyl pills from MENDEZ.

14

58. On November 22, 2022, your Affiant and other law enforcement met with the CS at a predetermined location. The CS placed a recorded phone call to MENDEZ, at cellular telephone number 479-316-5631. This phone call was witnessed by your Affiant and TFO Charles Robbins. During this call, MENDEZ and the CS both agreed to meet at 7400 Southwest Old Farm Blvd., Bentonville, AR (Wingate by Wyndham hotel). This phone call ended shortly after.

59. The CS and his/her vehicle were searched for contraband and U.S. currency with negative results. The CS was then provided with $3,000 of Official Buy Funds to conduct this purchase with. The CS was also provided an audio/video recording device used to capture this controlled purchase with. A short time later, the CS departed for the meet location, while under direct surveillance of law enforcement.

60. On November 22, 2022, at approximately 5:50 p.m., the CS received the following text message from MENDEZ, at cellular telephone number 479-316-5631: "I'm on my way back to get those and see you." MENDEZ then sent a text message to the CS stating: "Maybe 15-20 min".

61. On November 22, 2022, at approximately 6:05 p.m., your Affiant observed a dark-colored SUV arrive at the stash-house (12935 Huber Road, Bentonville, AR). Due to how dark it was at this time, your Affiant could not make out the type of vehicle or who got out of this vehicle. Your affiant did observe a figure exit the driver's seat of this vehicle and enter into the front door of the stash-house.

62. On November 22, 2022, at approximately 6:07 p.m., the CS departed the predetermined meet location and was followed by law enforcement, en route to 7400 Southwest Old Farm Blvd., Bentonville, AR.

15

63. On November 22, 2022, at approximately 6:11 p.m., the CS arrived at 7400 Southwest Old Farm Blvd., Bentonville, AR. The CS parked his/her vehicle in a parking space within the hotel's parking lot. The CS remained inside his/her vehicle under direct surveillance of law enforcement.

64. On November 22, 2022, at approximately 6:15 p.m., the CS received the following text message from MENDEZ, at cellular telephone number 479-316-5631: "Just picked up". MENDEZ then sent a text message to the CS stating: "Coming to your now". *(Affiant's NOTE: Based on your Affiant's training and experience, as well as, what was observed on surveillance during this incident, your Affiant believes MENDEZ was informing the CS that he had just acquired the illegal drugs, when MENDEZ used the phrase, "Just picked up". When MENDEZ sent this text message to the CS, MENDEZ was currently at the stash-house, located at 12935 Huber Road, Bentonville, AR).*

65. On November 22, 2022, at approximately 6:18 p.m., your Affiant observed a person exit the front door of the stash-house, enter into the dark colored SUV, then depart the area.

66. The dark-colored SUV was followed directly from the stash-house to 7400 Southwest Old Farm Blvd., Bentonville, AR, arriving here at approximately 6:24 p.m. Just as this vehicle was arriving to this location, the CS received the following text message from MENDEZ, at cellular telephone number 479-316-5631: "Pulling in now". The dark-colored SUV parked near the CS's vehicle.

67. At approximately 6:25 p.m., surveillance units observed the CS exit his/her vehicle and enter into the front passenger seat of the dark colored SUV.

16

68.     At approximately 6:28 p.m., surveillance unites observed the CS exit the dark colored SUV, enter back into the CS's vehicle, then depart the area. The CS was followed to a pre-determined meet location, where the CS handed agents multiple baggies of blue colored fentanyl pills, weighing approximately 88.3 grams (gross). The CS and his/her vehicle were again searched for contraband and U.S. currency with negative results. The CS confirmed he/she purchased the 88.3 grams of blue colored fentanyl pills from MENDEZ during this transaction. The CS confirmed MENDEZ was driving a dark-colored SUV during this transaction.

69.     A short time after the CS departed the hotel parking lot, agents observed the dark colored SUV depart the area. This vehicle was followed to a restaurant where agents were able to confirm the license plate on this vehicle was a paper-tag, dated November 18, 2022.

70.     The purchased fentanyl pills were not field-tested due to safety issues with handling fentanyl-related drugs. These pills were consistent in color, shape, and weight of fentanyl pills previously purchased by agents which were later analyzed as being fentanyl.

71.     On November 26, 2022, UPS Security Officer Bryan Beasley notified your Affiant of a UPS parcel scheduled to be delivered to 12935 Huber Road, Bentonville, AR, later on November 26, 2022. Officer Beasley supplied your Affiant with two (2) photographs of the label affixed to Suspect Parcel #2. These photographs detailed the following:

UPS Tracking No.:                          1ZA9830W4424094639

Sender:                                    Miguel Cardenas
                                           (323) 730-0102
                                           The UPS Store #6489
                                           5924 Pacific Blvd.,
                                           Huntington Park, CA 90255-2929

Addressee:                                 Miguel Cardenas
                                           12935 Huber Rd.,
                                           Bentonville, AR 72713-9279

17

| Date mailed: | November 25, 2022 |
| Class of mail: | UPS Next Day Air |
| Weight: | 22 lbs. |
| Shipping Cost: | $476 |

72.     Officer Beasley informed your Affiant that Suspect Parcel #2 would be removed from the delivery line and secured until law enforcement could obtain a search and seizure warrant for this parcel. Based on your Affiant's training and experience, as well as your Affiant's knowledge of this investigation, your Affiant knows drug traffickers will pay high shipping fees to rush shipments of illegal drugs when utilizing the mail system to traffic illegal drugs. Your Affiant knows this is because drug trafficker want their drug shipment to ship as fast as possible, reducing the time law enforcement can discover and ultimately seize these parcels.

73.     On November 26, 2022, your affiant conducted electronic surveillance of 12935 Huber Road, Bentonville, AR. At approximately 12:13 p.m., your affiant observed FLORES' silver colored Nissan Altima, MENDEZ's silver colored Nissan Armada, and GUZMAN's blue colored Kia Forte arrive at 12935 Huber Road, Bentonville, AR. Your affiant then observed a male walk away from the blue Kia Forte then enter into this residence. Your affiant then observed FLORES and MENDEZ exit each of their vehicles and enter into this residence. Your affiant observed MENDEZ walk out then back into this residence two (2) times. Your affiant then observed the male driver of the blue Kia Forte (suspected of being GUZMAN), FLORES, and MENDEZ all exit the residence. Each subject entered into their own vehicle then depart the area at approximately 1:26 p.m.

18

74.     On November 28, 2022, at approximately 8:35 a.m., SA Matt Barden Jr., TFO Chase Young, and University of Arkansas K-9 Officer Barber responded to the UPS shipping facility located at 371 N. Monitor Road, Springdale, AR, and met with UPS Officer Beasley. UAPD K-9 Officer Barber also responded with his police canine. UAPD K-9 Officer Barber and his police canine (K-9) "Rickie," conducted controlled sweeps of Suspect Parcel #2 at the UPS shipping location. "Rickie" has a current certification from the National Narcotic Detector Dog Association (NNDDA) and Arkansas State Certification to detect the odor of marijuana, methamphetamine, cocaine, fentanyl, and heroin. K-9 Officer Barber has a current certification from NNDDA to use "Rickie" in drug detection.

75.     On November 28, 2022, Suspect Parcel #2, along with additional control parcels which did not contain any controlled substances, were placed in a straight line inside of a conference room of the UPS shipping location. The parcels were placed randomly in line. Neither K-9 Officer Barber, nor his police canine (K-9) "Rickie," were present during the placement of these parcels. Soon after, K-9 Officer Barber deployed "Rickie" for a drug sniff of the parcels. "Rickie" did not alert on Suspect Parcel #2. Canine "Rickie" is certified in detecting: marijuana, methamphetamine, cocaine, fentanyl, and heroin.

76.     On November 28, 2022, Arkansas State Police (ASP) Corporal Chris Short responded to the UPS shipping location with a Viken Detection (HBI-102) handheld x-ray machine. Upon scanning Suspect Parcel #2, Cpl. Short observed at least three (3) separate packages similar in size and shape, which contain an organic material that appears to be consistent with the shape and size of pressed Oxycontin 30mg pills or "fake" fentanyl pills similar to the ones purchased from MENDEZ as described in this affidavit.

19

## AUTHORIZATION REQUEST

77.     It is requested that the warrant and accompanying affidavit and application in support thereof, as they reveal an ongoing investigation, be sealed until further order of the Court in order to avoid premature disclosure of the on-going investigation, guard against the flight of fugitives, and better ensure the safety of Agents and others, except that copies of the warrant in full or redacted form may be maintained by the United States Attorney's Office (USAO), and may be served on Special Agents and other investigative and Law Enforcement Officers, federally deputized state and local Law Enforcement Officers, and other government and contract personnel acting under the supervision of such investigation or Law Enforcement Officers, as necessary to effectuate this warrant.

78.     In accordance with Title 18, United States Code, Section 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), your Affiant request delayed notification of the execution of the warrant for a period not to exceed 30 days after the execution of this warrant, because there is reasonable cause to believe that providing immediate notification would seriously jeopardize the on-going investigation.

79.     Your Affiant knows the use of drug-detecting canines are an extremely useful tool utilized by law enforcement daily. Your Affiant has been part of dozens of investigations where drug-detecting canines have provided positive alerts. Your affiant has also been part of cases where drug-detecting canines have not provided a positive alert. Your affiant also knows there are two (2) main factors that can lead a drug-detecting canine to not provide a positive alert on a canine: (1) no presence of illegal drugs, and (2) the canine is not able to smell the odor of illegal drugs being emitted from the parcel. The latter can be due to numerous reasons: training issues with the canine, medical issues with the canine, and/or sophisticated concealment, layering, and

20

masking techniques used to package illegal drugs that hinder the canine's ability to smell any drugs present. As previously mentioned in this Affidavit, DEA seized a USPS parcel laden with fentanyl pills that was mailed from California to 12935 Huber Road, Bentonville, AR in May 2022. Your Affiant knows that no other USPS parcels were ever delivered to this residence since then. Furthermore, your Affiant knows that 12935 began receiving UPS parcels from California to 12935 Huber Road, Bentonville, AR. Your Affiant also knows sophisticated DTOs frequently change tactics and methods to hinder law enforcement's efforts in seizing their drug and drug proceeds, as well as preventing law enforcement from dismantling their organization. Your Affiant believes this DTO may have also changed the way they package their illegal drugs trafficked through mail service. As such, Affiant believes that despite the lack of a positive canine alert for the presence of narcotics in the package, that probable cause still exists as a result of all of the surrounding facts and circumstances to justify a warrant to search Suspect Parcel #2.[1]

---

[1] Moreover, Affiant is aware that a negative dog sniff does not negate probable cause when other circumstances exists to justify the search of a package. *See United States v. Lakoskey*, 462 F.3d 965 (8th Cir. 2006) (Two negative dog sniffs that followed Postal Inspector's detention of package did not dispel officers' reasonable suspicion that package contained drugs, and continued detention of package thus did not violate Fourth Amendment, where Inspector was not present at first dog sniff and thus did not act unreasonably in conducting second dog sniff, only one day elapsed between removal of package from mail stream and when Inspector had facts necessary to support probable cause determination, and second sniff was conducted in very large area and was followed by positive sniff when package was placed in confined area.)

80.    Based upon the foregoing facts and circumstances, your Affiant believes probable cause exists that illegal drugs and/or materials related to the sale or distribution of controlled substances will be found in the above-mentioned Suspect Parcel #2. Your Affiant respectfully requests authorization to search Suspect Parcel #2 for any such controlled substances, packing materials associated with controlled substances, and/or materials related to the sale or distribution of controlled substances.

Respectfully submitted,

Michael Brooks
DEA Special Agent

Subscribed and sworn to before me on November 29, 2022

HONORABLE CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE