AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>5:22 CM **68** | Date and time warrant executed:<br>11/29/2022   12:00pm | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

UPS parcel with tracking number 1ZA9830W44240946 39 and contents:

— Union electronic safe box

— Union electronic safe + set of keys

— Red carry bag inside safe

— 2319.3gm of methamphetamine

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/1/2022

_M. Brooks_
*Executing officer's signature*

_Mike Brooks, SA DEA_
*Printed name and title*

Returned by electronic mail
on this 1st day of
December, 2022.

Christy Comstock
U.S. Magistrate Judge

## ATTACHMENT A

| | |
|---|---|
| UPS Tracking No.: | 1ZA9830W4424094639 |
| Sender: | Miguel Cardenas<br>(323) 730-0102<br>The UPS Store #6489<br>5924 Pacific Blvd.,<br>Huntington Park, CA 90255-2929 |
| Addressee: | Miguel Cardenas<br>12935 Huber Rd.,<br>Bentonville, AR 72713-9279 |
| Date mailed: | November 25, 2022 |
| Class of mail: | UPS Next Day Air |
| Weight: | 22 lbs. |





## ATTACHMENT B

### Items to be Searched for and Seized

1.     Controlled Substances.

2.     Packaging, baggies, blister packs, and cutting agents, including items used to conceal the odor of narcotics, such as perfumes, coffee, dryer sheets, tobacco, and/or other substances with a strong odor.

3.     Any and all records reflecting the sending and receiving of packages through Express Mail, Priority Mail, Federal Express, UPS, and/or other common carriers.

4.     United States and foreign currency, securities, precious metals, jewelry, gift cards, stored value cards, stocks, and bonds, that are proceeds, evidence or instrumentalities of violations of Title 21, United States Code, Sections 841(a), and 846.

5.     Any and all records reflecting or relating to the transporting, ordering, purchasing, and/or distribution of controlled substance, including books, receipts, notes, ledgers, pay owe sheets, correspondence, records noting price, quantity, date and times when controlled substances were purchased, possessed, transferred, distributed, sold, and/or concealed.

6.     Any and all records reflecting or relating to co-conspirators, including but not limited to personal notes, correspondence, cables, personal address lists, listings of telephone numbers, and other items reflecting names, addresses, telephone numbers, communications, and illegal activities and the identities of conspirators in controlled substance trafficking activities, all of which are evidence, fruits, and/or instrumentalities of violations of Title 21, United States Code, Sections 841 (a), and 846.

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

NOV 2 9 2022

JAMIE GIANI, Clerk

By _____

Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>UPS Parcel With Tracking Number<br>1ZA9830W4424094639 | )<br>)<br>)  Case No.  5:22 CM $\mathcal{68}$<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Arkansas _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substances, proceeds or currency related to the sale or distribution of controlled substances, packaging materials associated with the transportation of controlled substances via the United States Mail, and correspondence and other paraphernalia associated with the use or distribution of controlled substances, further described in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before  December 13, 2022  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Hon. Christy Comstock, U.S. Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   November 29, 2022 @ 11:07 am

City and state:   Fayetteville, AR

_____
*Judge's signature*

Hon. Christy Comstock, United States Magistrate Judge
*Printed name and title*